UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL C. DAVIS

      v.                                           CA No. 04-92-T

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration

## ORDER DENYING COMMISSIONER'S MOTION TO AFFIRM AND GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Commissioner of the Social Security Administration's motion to affirm her decision denying the plaintiff Disability Insurance Benefits under the Social Security Act, 42 U.S.C. § 405(g) is hereby DENIED. Plaintiff's motion for summary judgment seeking remand for further proceedings is hereby GRANTED.

By Order

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: June 14, 2005